# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LILIANA WEBB, | Case No. 2:17-cv-01226-JCM-NJK |
| Plaintiff(s), | |
| v. | ORDER |
| ARSTRAT, LLC, | (Docket No. 14) |
| Defendant(s). | |

Pending before the Court is a stipulation to extend discovery cutoff and subsequent deadlines by 90 days. Docket No. 14. Good cause has not been shown for such a lengthy extension. Instead, the Court finds that sufficient cause has been shown for a 30-day extension. Accordingly, the stipulation is **GRANTED** in part and **DENIED** in part, and deadlines are **SET** as follows:

- Discovery cutoff: February 14, 2018
- Dispositive motions: March 16, 2018
- Joint proposed pretrial order: April 16, 2018, or 30 days after decision on dispositive motions

IT IS SO ORDERED.

DATED: December 6, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge