# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LILIANA WEBB, | Case No. 2:17-cv-01226-JCM-NJK |
| Plaintiff(s), | |
| v. | **ORDER** |
| ARSTRAT, LLC, | (Docket No. 16) |
| Defendant(s). | |

Pending before the Court is a stipulation for a 69-day extension of the discovery cutoff, and subsequent deadlines. Docket No. 16. The stipulation is premised on a deponent's indication (two weeks ago) that it could not appear for the deposition as scheduled on February 5, 2018. *Id.* at 1-2. The stipulation also indicates that the deponent is not available before the discovery cutoff, which is today. *Id.* at 2. The stipulation provides no date on which the deponent is available, and provides no justification for a 69-day extension.

Depositions are routinely scheduled with ten-days' notice or less. *See, e.g.*, *Reddy v. Precyse Solutions LLC*, 2015 WL 2081429, at *3 (E.D. Cal. May 4, 2015) ("courts generally find that one week to ten days' notice is reasonable" (collecting cases)). The parties have provided no justification why they need more than two months to conduct a deposition that was first noticed several weeks ago. Accordingly, the stipulation is **GRANTED** in part and **DENIED** in part. The discovery cutoff is

**EXTENDED** to February 28, 2018 only with respect to the identified deposition.[1] The deadlines for dispositive motions and the joint proposed pretrial report remain unchanged.[2]

IT IS SO ORDERED.

DATED: February 14, 2018

                                                    _____
                                                    NANCY J. KOPPE
                                                    United States Magistrate Judge

---

[1] The stipulation refers cryptically to "additional discovery." Docket No. 16 at 3. No showing has been made that an extension is appropriate with respect to any discovery other than the identified deposition.

[2] The stipulation fails to comply with the local rules in several respects, including failing to identify with particularity the discovery that has been completed to date. *See* Local Rule 26-4(a). Failure to comply with the applicable rules in the future may result in summary denial of a request.