# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LILIANA WEBB, | Case No.: 2:17-cv-1226-JCM-NJK |
| Plaintiff(s), | **Order** |
| v. | (Docket No. 21) |
| ARSTRAT, LLC., | |
| Defendant(s). | |

Before the Court is the parties' notice of settlement. Docket No. 21. The Court **ORDERS** the parties to file a stipulation of dismissal no later than June 22, 2018.

IT IS SO ORDERED.

Dated: May 29, 2018

                                                                    _____
                                                                    NANCY J. KOPPE
                                                                    United States Magistrate Judge