Michael Kind, Esq. (SBN: 13903)
**KAZEROUNI LAW GROUP**, APC
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com

Sara Khosroabadi (SBN: 13703)
**HYDE & SWIGART**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: 619-233-7770
Fax: 619-297-1022
Email: sara@westcoastlitigation.com

*Attorneys for Plaintiff Liliana Webb*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Liliana Webb,<br><br>　　　　Plaintiff,<br>v.<br><br>Astrat, LLC,<br><br>　　　　Defendants. | Case No. 2:17-cv-01226-JCM-NJK<br><br>**Stipulation of Dismissal of Astrat, LLC** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Liliana Webb ("Plaintiff") and Defendant Astrat, LLC, ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 19th day of June 2018.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**ALVERSON TAYLOR MORTENSEN & SANDER**

By: /s/ Trevor Waite
Trevor Waite, Esq.
6605 Grand Montecito Parkway, Ste. 200
Las Vegas, NV 89149
*Attorneys for Defendant*
*Astrat, LLC*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: June 21, 2018

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on June 19, 2018, the foregoing Stipulation was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148